In the Matter of the Claim of RICHARD T. WARBOYS, Respondent, against KRAFT FOODS Co. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.